1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| U.S. BANK NA, | ) | Case No. 2:16-cv-02785-JCM-NJK |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| EAGLE INVESTORS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). The parties are hereby **ORDERED** to file, no later than March 31, 2017, either (1) a joint proposed discovery plan; or (2) a status report explaining why a proposed discovery plan should not be filed at this time.

IT IS SO ORDERED.

DATED: March 27, 2017.

_____
NANCY J. KOPPE
United States Magistrate Judge