Abran E. Vigil
Nevada Bar No. 7548
Justin A. Shiroff
Nevada Bar No. 12869
BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
vigila@ballardspahr.com
shiroffj@ballardspahr.com

*Attorneys for Plaintiff U.S. Bank
NA, successor trustee to Bank of
America, NA, successor in interest
to LaSalle Bank, NA, as trustee, on
behalf of the holders of the
Washington Mutual Mortgage
Pass-Through Certificates,
WMALT Series 2007-OA5*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK NA, SUCCESSOR TRUSTEE TO BANK OF AMERICA, NA, SUCCESSOR IN INTEREST TO LASALLE BANK, NA, AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE WASHINGTON MUTUAL MORTGAGE PASS-THROUGH CERTIFICATES, WMALT SERIES 2007-OA5,<br><br>          Plaintiff,<br><br>vs.<br><br>EAGLE INVESTORS, a Nevada corporation; SHADOW SPRINGS COMMUNITY ASSOCIATION, a Nevada non-profit corporation,<br><br>          Defendants. | Case No. 2:16-cv-02785-JCM-NJK<br><br>**JOINT MOTION AND STIPULATION TO TEMPORARILY STAY LITIGATION** |

BALLARD SPAHR LLP
100 NORTH CITY PARKWAY, SUITE 1750
LAS VEGAS, NEVADA 89106
(702) 471-7000 FAX (702) 471-7070

SHADOW SPRINGS COMMUNITY
ASSOCIATION,

                  Third-Party Plaintiff,

v.

RED ROCK FINANCIAL SERVICES,
LLC,

                  Third-Party Defendant.

---

EAGLE INVESTORS,

                  Counterclaimant,

v.

U.S. BANK NA, SUCCESSOR TRUSTEE
TO BANK OF AMERICA, NA,
SUCCESSOR IN INTEREST TO
LASALLE BANK, NA, AS TRUSTEE, ON
BEHALF OF THE HOLDERS OF THE
WASHINGTON MUTUAL MORTGAGE
PASS-THROUGH CERTIFICATES,
WMALT SERIES 2007-OA5,

                  Counter-defendant.

      Plaintiff U.S. Bank NA, Successor Trustee to Bank of America, NA, Successor in Interest to LaSalle Bank, NA, as Trustee, on behalf of the Holders of the Washington Mutual Mortgage Pass-Through Certificates, WMALT Series 2007-OA5 (the "Trust"), Defendant Eagle Investors, Defendant Shadow Springs Community Association (the "HOA"), and Third-party Defendant Red Rock Financial Services, LLC ("Red Rock") (collectively the "Parties"), by and through their respective counsel, hereby move and stipulate to temporarily stay litigation in this case. In support of this motion and stipulation, the Parties state as follows:

      1.      This is a quiet title action arising from a homeowners' association foreclose sale (the "Sale") of residential property located at 3225 Edinboro Ridge Avenue, North Las Vegas, Nevada, APN 124-25-510-036 (the "Property").

DMWEST #17263752 v1

BALLARD SPAHR LLP
100 NORTH CITY PARKWAY, SUITE 1750
LAS VEGAS, NEVADA 89106
(702) 471-7000 FAX (702) 471-7070

2.     The Parties have been engaged in settlement negotiations in an attempt to entirely resolve this case without further litigation.

3.     The discovery cut-off in this case is currently December 6, 2017.  In an effort to preserve the resources of the Parties and the Court, before the Parties proceed with additional discovery and dispositive motions, the Parties would like to continue settlement negotiations.

4.     The Parties request a temporary stay of litigation to conclude negotiations and attempt to resolve this case.

5.     Therefore, pursuant to the inherent authority of this Court, the Parties hereby stipulate and agree as follows:

a.     All proceedings in the instant case, including motion and other litigation and discovery deadlines, are stayed for three (3) months from the date of an order granting this joint motion;

b.     After the expiration of the foregoing period described in (5)(a), the stay shall be automatically lifted;

c.     Prior to the automatic expiration of the foregoing period described in (5)(a), any party may unilaterally move to lift the stay;

d.     The Parties or any party shall submit a status report to the Court every forty-five (45) days after the date of an order granting this joint motion;

e.     Upon lifting of the stay, the Parties shall have two (2) months to finish discovery.  All discovery previously issued must be re-served.

///
///
///
///
///
///

3

Dated this 22nd day of November, 2017.

BALLARD SPAHR LLP

By:/s/ Justin A. Shiroff
Abran E. Vigil
Nevada Bar No. 7548
Justin A. Shiroff
Nevada Bar No. 12869
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106

*Attorneys for Plaintiff and Counter-Defendant the Trust*

Dated this 22nd day of November, 2017.

KOCH & SCOW LLC

By:/s/ Steven B. Scow
David R. Koch, Esq.
Steven B. Scow, Esq.
Brody R. Wight, Esq.
11500 South Eastern Avenue, Suite 210
Henderson, Nevada 89052

*Attorneys for Defendant/Cross-Defendant/Counterclaimant Red Rock Financial Services*

Dated this 22nd day of November, 2017.

AYON LAW, PLLC

By:/s/ Luis A. Ayon
Luis A. Ayon, Esq.
9205 West Russell Road
Building 3, Suite 240
Las Vegas, Nevada 89148

*Attorneys for Defendant Eagle Investors*

Dated this 22nd day of November, 2017.

PENGILLY LAW FIRM

By:/s/ Elizabeth B. Lowell
James W. Pengilly, Esq.
Elizabeth B. Lowell, Esq.
1995 Village Center Cir., Suite 190
Las Vegas, Nevada 89134

*Attorneys for Shadow Springs Community Association*

**IT IS SO ORDERED**.

_____
UNITED STATES DISTRICT JUDGE

November 28, 2017
DATED: _____

BALLARD SPAHR LLP
100 NORTH CITY PARKWAY, SUITE 1750
LAS VEGAS, NEVADA 89106
(702) 471-7000 FAX (702) 471-7070