UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| U.S. BANK, | Case No. 2:16-CV-2785 JCM (NJK) |
|---|---|
| Plaintiff(s), | ORDER |
| v. | |
| EAGLE INVESTORS, et al., | |
| Defendant(s). | |

Presently before the court is the matter of *U.S. Bank National Association v. Eagle Investors et al*, case number 2:16-cv-02785-JCM-NJK.

On November 22, 2017, the parties filed a joint stipulation to stay proceedings for three months pending settlement negotiations. (ECF No. 31). On November 28, 2017, this court granted the motion. (ECF No. 32). On February 28, 2018, the stay was automatically lifted per the terms of the court's order. The court orders the parties to file a joint status report.

Accordingly,

IT IS HEREBY ORDERED that the parties shall file a joint status report within fourteen (14) days of the date of this order.

DATED March 15, 2018.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**