# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| U.S. BANK,<br><br>　　　　　　Plaintiff(s),<br><br>　v.<br><br>EAGLE INVESTORS, et al.,<br><br>　　　　　　Defendant(s). | Case No. 2:16-CV-2785 JCM (NJK)<br><br>ORDER |

Presently before the court is the matter of *U.S. Bank National Association v. Eagle Investors et al*, case number 2:16-cv-02785-JCM-NJK.

On March 29, 2018, the parties filed a second joint stipulation to stay proceedings for two months pending settlement negotiations. (ECF No. 35). On April 6, 2018, this court granted the stipulation. (ECF No. 37). On May 28, 2018, the stay was automatically lifted per the terms of the court's order. The court orders the parties to file a joint status report.

Accordingly,

IT IS HEREBY ORDERED that the parties shall file a joint status report within fourteen (14) days of the date of this order.

DATED June 7, 2018.

　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ James C. Mahan
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**