Abran E. Vigil
Nevada Bar No. 7548
Justin A. Shiroff
Nevada Bar No. 12869
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135-2958
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
vigila@ballardspahr.com
shiroffj@ballardspahr.com

*Attorneys for Plaintiff U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank, NA, as trustee, on behalf of the holders of the Washington Mutual Mortgage Pass-Through Certificates, WMALT Series 2007-OA5*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK NA, SUCCESSOR TRUSTEE TO BANK OF AMERICA, NA, SUCCESSOR IN INTEREST TO LASALLE BANK, NA, AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE WASHINGTON MUTUAL MORTGAGE PASS-THROUGH CERTIFICATES, WMALT SERIES 2007-OA5,<br><br>Plaintiff,<br><br>vs.<br><br>EAGLE INVESTORS, a Nevada corporation; SHADOW SPRINGS COMMUNITY ASSOCIATION, a Nevada non-profit corporation,<br><br>Defendants. | Case No. 2:16-cv-02785-JCM-NJK<br><br>**THIRD JOINT MOTION AND STIPULATION TO TEMPORARILY STAY LITIGATION** |

DMWEST #17854186 v1

SHADOW SPRINGS COMMUNITY ASSOCIATION,

    Third-Party Plaintiff,

v.

RED ROCK FINANCIAL SERVICES, LLC,

    Third-Party Defendant.

EAGLE INVESTORS,

    Counterclaimant,

v.

U.S. BANK NA, SUCCESSOR TRUSTEE TO BANK OF AMERICA, NA, SUCCESSOR IN INTEREST TO LASALLE BANK, NA, AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE WASHINGTON MUTUAL MORTGAGE PASS-THROUGH CERTIFICATES, WMALT SERIES 2007-OA5,

    Counter-defendant.

Plaintiff U.S. Bank NA, Successor Trustee to Bank of America, NA, Successor in Interest to LaSalle Bank, NA, as Trustee, on behalf of the Holders of the Washington Mutual Mortgage Pass-Through Certificates, WMALT Series 2007-OA5 (the "Trust"), Defendant Eagle Investors, Defendant Shadow Springs Community Association (the "HOA"), and Third-party Defendant Red Rock Financial Services, LLC ("Red Rock") (collectively the "Parties"), by and through their respective counsel, hereby move and stipulate to temporarily stay litigation in this case for an additional two (2) months. In support of this motion and stipulation, the Parties state as follows:

1. This is a quiet title action arising from a homeowners' association foreclose sale (the "Sale") of residential property located at 3225 Edinboro Ridge Avenue, North Las Vegas, Nevada, APN 124-25-510-036 (the "Property").

2. The Parties have been actively engaged in settlement negotiations in an attempt to entirely resolve this case without further litigation.

3. The Parties have conveyed several settlement offers and counter-offers and are consulting with their clients regarding settlement.

4. A temporary stay was previously entered by this Court on November 28, 2017 (the "First Stay"), but the First Stay automatically lifted per the terms of the Court's order on February 28, 2018.

5. Although the Parties made progress towards settlement, the First Stay was not enough time to allow the Parties to reach a final agreement.

6. In order to continue settlement discussions, the Parties requested a second stay from the Court, which was granted on April 6, 2018 (the "Second Stay"). The Second Stay automatically lifted per the terms of the Court's order on June 6, 2018.

7. The Parties have exchanged settlement offers and there is currently a settlement offer outstanding. The Second Stay, however, was not enough time to allow the Parties to reach a final agreement.

8. In an effort to preserve the resources of the Parties and the Court, before the Parties proceed with additional discovery and dispositive motions, the Parties would like to continue settlement negotiations.

9. The Parties request an additional stay of litigation to conclude negotiations and attempt to resolve this case.

10. Therefore, pursuant to the inherent authority of this Court, the Parties hereby stipulate and agree as follows:

DMWEST #17854186 v1

a. All proceedings in the instant case, including motion and other litigation and discovery deadlines, are stayed for two (2) months from the date of an order granting this joint motion;

b. After the expiration of the foregoing period described in (8)(a), the stay shall be automatically lifted;

c. Prior to the automatic expiration of the foregoing period described in (5)(a), any party may unilaterally move to lift the stay;

d. Upon lifting of the stay, the Parties shall have two (2) months to finish discovery. All discovery previously issued must be re-served.

Dated this 27th day of June, 2018.

BALLARD SPAHR LLP

By: /s/ Justin A. Shiroff
Abran E. Vigil
Nevada Bar No. 7548
Justin A. Shiroff
Nevada Bar No. 12869
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135-2958
*Attorneys for Plaintiff and Counter-Defendant the Trust*

Dated this 27th day of June, 2018.

AYON LAW, PLLC

By: /s/ Luis A. Ayon
Luis A. Ayon, Esq.
8716 Spanish Ridge Avenue,
Suite 115
Las Vegas, Nevada 89148

*Attorneys for Defendant Eagle Investors*

*[Remainder of Page Intentionally Left Blank]*

4

DMWEST #17854186 v1

Dated this 27th day of June, 2018.

KOCH & SCOW LLC

By: /s/ David R. Koch
David R. Koch, Esq.
Steven B. Scow, Esq.
Brody R. Wight, Esq.
11500 South Eastern Avenue, Suite 210
Henderson, Nevada 89052

*Attorneys for Defendant/Cross-Defendant/Counterclaimant Red Rock Financial Services*

Dated this 27th day of June, 2018.

PENGILLY LAW FIRM

By: /s/ James W. Pengilly
James W. Pengilly, Esq.
Elizabeth B. Lowell, Esq.
1995 Village Center Cir., Suite 190
Las Vegas, Nevada 89134

*Attorneys for Shadow Springs Community Association*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: June 28, 2018