# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

U.S. BANK,

    Plaintiff(s),

v.

EAGLE INVESTORS, et al.,

    Defendant(s).

Case No. 2:16-CV-2785 JCM (NJK)

ORDER

Presently before the court is the matter of *U.S. Bank NA v. Eagle Investors et al*, case no. 2:16-cv-02785-JCM-NJK.

On June 28, 2018, the court granted the parties' stipulation to temporarily stay this case, pending settlement negotiations. (ECF No. 41). On September 24, 2018, defendant Eagle Investors filed the instant motion to lift stay, informing the court that the parties' settlement negotiations have been unsuccessful. (ECF No. 42).

Defendant requests that the court lift the stay and re-set the dispositive briefing and discovery schedule as called for by the stipulation. *Id.* Plaintiff has not filed a response to defendant's motion, and the time for doing so has passed.

The court will lift the stay and the parties will have 60 days from the date of this order to finish discovery and file dispositive briefs. Thereafter, Local Rule 7-2(b)'s deadlines will apply to responses and replies.

. . .

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

Accordingly,

IT IS SO ORDERED.

DATED October 23, 2018.

　　　　　　　　　　　　　　　　　　　　　　　／s／ James C. Mahan
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE